IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE R. PADILLA,

    Plaintiff,

v.

DR. GARY MAIER, DR. DALIA SULIENE,
DR. KURT SCHWEBKE, J. NICKEL and
C.O. BITTELMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-425-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against J. Nickel and Dr. Kurt Schwebke; and

(2) granting summary judgment in favor of Dr. Gary Maier, Dr. Dalia Suliene, and C.O. Bittleman and dismissing this case.

_____       5-29-12
Peter Oppeneer, Clerk of Court                       Date